IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MAJOK MAJOK; SANTIZ CORTEZ LANGFORD, JR.; SEMAJ JOHNSON; AVONTAE LAMAR TUCKER; DAHABA BAHARI LULA; DAWN ELLEASE ROBINSON; and DEON ELLEASE COOPER, <br><br> Defendants. | 4:23-cr-00153-SHL-HCA <br><br> CRIMINAL TRIAL SETTING ORDER |

On December 13, 2023, the Court held a telephone conference hearing with counsel only to discuss scheduling of trial and pretrial deadlines in the above-captioned case. Counsel for Defendant Robinson and counsel for Defendant Cooper indicated their clients do not consent to waive their speedy trial rights. Counsel for the remaining Defendants—Majok, Langford, Johnson, Tucker, and Lula—all indicated their clients did not oppose a continuance. The Court finds that this case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time, 18 U.S.C. § 3161(h)(7)(B)(ii), and the Court finds a failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties, 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds the ends of justice served by such a continuance outweigh the best interests of the public and the Defendants to a speedy trial. Defendants Majok, Langford, Johnson, Tucker, Lula, and Robinson are currently detained, although Defendant Lula has a detention hearing scheduled for December 13, 2023. Defendant Cooper is on pretrial release.

Jury trial, now set for January 2, 2024, is continued and will commence on **September 30, 2024, at 9:00 a.m. at the United States Courthouse in Des Moines, Iowa.** Trial is anticipated to last four weeks.

Consistent with the new trial date, deadlines are extended as set forth below:

Discovery from the Government is due on or before **December 22, 2023.**

Reciprocal discovery is due on or before **January 26, 2024.**

Pretrial motions are due on or before **July 1, 2024.**

Plea notification deadline is set for **August 1, 2024.**

At a sentencing proceeding, in order for a Defendant to be eligible for consideration by the Court for a reduction in the offense level, Acceptance of Responsibility pursuant to USSG §3E1.1(b), a guilty plea must be entered by **August 9, 2024.**

A final pretrial conference will be held on **September 20, 2024, commencing at 10:30 a.m. at the United States Courthouse in Des Moines, Iowa.**

In preparation for trial, the Court also states the following:

1. Motions challenging the admission of any audio and/or videotapes shall be filed fourteen (14) calendar days prior to trial.  Upon filing the motion, the custodian of the recording shall immediately deliver a copy of the recording to the Court for review.

2. Trial briefs shall be filed two weeks prior to trial.  Trial briefs shall contain a brief recitation of the facts of the case and identify legal issues that are in dispute.

3. Motions in limine are due by no later than twenty-one (21) calendar days prior to trial. Responses or resistances to a party's motion in limine shall be filed at least fourteen (14) calendar days before trial.

4. Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) a witness list in Word by the

**close of business on the Thursday before trial.** The witness list shall also be filed, and may be filed under seal without further order of the Court. In the event a party does not intend to produce witnesses at trial, such party shall notify the Court that it does not intend to present witnesses in lieu of submitting the witness list. By no later than 8:00 a.m. on the day trial begins, each party shall review their prospective witness list and shall delete from that list any witness that party does not in good faith expect to call during its case-in-chief. Each party shall circulate to the District Judge and opposing counsel a copy of this amended and final witness list. The amended and final witness list shall also provide the order in which the party expects to call its witnesses.[1]

  5. Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) an exhibit list in Word by the **close of business on the Thursday before trial.** The exhibit list shall also be filed, and may be filed under seal without further order of the Court. A copy of all exhibits, including any recordings copied onto CD or DVD, shall be provided to the Court in a tabbed, three-ring binder **by noon on the Friday before trial.** Counsel may deliver the binder to Judge Locher's chambers in Des Moines or to the Clerk's Office in Des Moines, Iowa. <u>If any recording(s) will be offered into evidence, the offering party shall prepare and provide to the Court and opposing counsel a transcript of such recording(s).</u> Photographs or photocopies of all contraband exhibits shall be provided to the Court the first morning of trial. They will be substituted for the contraband exhibits and sent with the jury during deliberations.

  6. Requests for non-standardized proposed jury instructions must be filed one week prior to trial. Counsel may submit requests for Model Jury Instructions by simple reference to the Model Instruction number without a need to retype the instruction. Each party shall e-mail their

---

[1] A party may adjust the order of witnesses as reasonably necessary during the course of trial as events warrant.

proposed jury instructions in Word to the District Judge's deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov). Counsel may submit requests for Model Jury Instructions by simple reference to the Model Instruction number without a need to retype the instruction. The Court encourages counsel to use the Eighth Circuit Jury Instructions Builder to draft proposed jury instructions, https://juryinstructions.ca8.uscourts.gov/.

7. The parties are not required to submit proposed voir dire questions to the Court prior to trial. The Court will permit each party fifteen (15) minutes for voir dire examination of the prospective jurors. Counsel for the government will exercise its peremptory challenges one at a time. Counsel for the Defendant will exercise two peremptory challenges at a time. If counsel does not wish to exercise all of their allotted peremptory challenges, the clerk shall exercise them by removing the last non-alternate jurors from the list.

8. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for opening statements.

9. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for closing arguments, inclusive of rebuttal as to the Government.

10. If digital or other specially recorded images are admitted into evidence during the course of the trial, a copy shall be provided to the Court in a format that can be replayed on a standard VCR or DVD player by the jury during their deliberations.

11. Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

12. It is defense counsel's responsibility to ensure that any detained client has suitable street clothes to wear at the time of trial. These clothes shall be delivered to the U.S. Marshal's Office in Des Moines at least one (1) business day prior to trial. If family members are providing

the clothing, they too must do so one (1) business day prior to trial, again delivering them to the U.S. Marshal's Office in Des Moines.

    IT IS SO ORDERED.

    Dated December 13, 2023.

                                              Helen C. Adams
                                              Chief U.S. Magistrate Judge